UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELAILAH LORENZI,

        Plaintiff,

vs.                                      Case No. 8:12-cv-00432-T-27AEP

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt 19) of the Magistrate Judge recommending that the decision of the Commissioner be **AFFIRMED**. Plaintiff has filed objections to the Report and Recommendation (Dkt. 20). Defendant failed to file a timely opposition to the objections. *See* Local Rule 6.02.

After careful consideration of Report and Recommendation (Dkt. 19), Plaintiff's objections (Dkt. 20), in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1)    Plaintiff's objections (Dkt. 20) to the Report and Recommendation of the Magistrate Judge are **OVERRULED**.

(2)    The Report and Recommendation (Dkt. 19) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(3)    The decision of the Commissioner is **AFFIRMED**.

(4)     The Clerk is directed to enter final judgment in favor of Defendant pursuant to 42 U.S.C. § 405(g) and close this case.

**DONE AND ORDERED** this 18th day of March, 2013.

                                                **JAMES D. WHITTEMORE**
                                                **United States District Judge**

Copies to:
Counsel of Record